**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

July 31, 2026

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Levine, et al. v. City Univ. of N.Y., et al.*, No. 26 Civ. 1859 (RML) (EDNY)

Your Honor:

The above-referenced case is a putative class action alleging claims of discrimination and retaliation under the Rehabilitation Act, the FMLA, and the City Human Rights Law, arising from post-pandemic requests for 100% remote work to accommodate disabilities asserted by faculty and staff employees of the senior and community colleges of the City University of New York ("CUNY").

This Office represents CUNY, its Board of Trustees, and its Chancellor Felix Matos Rodriguez, as Defendants on four claims asserted by Plaintiff Lucas Kwong, a tenured faculty member at the New York City College of Technology, a CUNY senior college. *See* Compl. ¶ 145.[1]

Pursuant to ¶ 4 of Administrative Order 2025-14, I write to inform the Court that Defendants intend to file a Rule 12(b) motion and all parties have not yet consented to the jurisdiction of the Magistrate Judge.

Respectfully submitted,

/s/ Jonathan A. Siegel
JONATHAN A. SIEGEL
Assistant Attorney General
(212) 416-8888; Jonathan.Siegel@ag.ny.gov

cc: all counsel of record

---

1 The remaining claims concern CUNY's community colleges and are defended by the New York City Corporation Counsel. *See* ECF 12 (Notice of Appearance dated 6/1/26); *Clissuras v. City Univ. of N.Y.*, 359 F.3d 79, 81 n.2 (2d Cir. 2004), citing N.Y. Educ. Law § 6202(2).